**Myrtle CANADY, Respondent,**

v.

**Shareece JACKSON, Appellant.**

**WD 78236**

Missouri Court of Appeals, Western District.

FILED: June 28, 2016

John J. Fogarty and Theresa Shean Hall, Kansas City, MO, for respondent.

Larry B. Franklin, Kansas City, MO, for appellant.

Before Division 4: Alok Ahuja, C.J., Thomas H. Newton, J., and David M. Byrn, Sp.J.

## ORDER

PER CURIAM:

Shareece Jackson appeals from a judgment of the Circuit Court of Jackson County which granted Myrtle Canady's request for specific performance of a settlement agreement between Jackson and Canady. The settlement concerned Jackson's claims arising out of an automobile accident. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).